IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

James C. Ho
**PLAINTIFF**

VS.

Motorola, Inc.
**DEFENDANT**

CASE NO. 07 C 6743

Judge Moran

Magistrate Judge Ashman

**FILED**
DEC 1 0 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

TO: Ian H. Morrison
Seyfarth Shaw LLP
131 S. Dearborn St. Ste. 2400
Chicago, IL 60603-5577

On Wednesday, December 12, 2007, at 9:00 a.m./p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Moran in Courtroom 1843 at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Verified Motion for Remand to State Court

Name James C. Ho
Address 2136 Briar Hill Drive
City / Zip Schaumburg, IL 60194
Telephone 847-885-1893

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the 10 day of December, 2007, I served a copy of this notice to each person whom it is directed by way of hand-delivery

James
**SIGNATURE / CERTIFICATION**

12-10-2007
**DATE**