IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. HO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6743 |
| ) | |
| MOTOROLA, INC., ) | Judge Moran |
| ) | |
| Defendant. ) | Magistrate Judge Ashman |
| ) | |

**NOTICE OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION OF DECEMBER 7, 2007**

TO: Ian H. Morrison
SEYFARTH SHAW LLP
131 S. Dearborn St., Ste. 2400
Chicago, Illinois 60603-5577
(312) 460-5000

PLEASE TAKE NOTICE that on Monday, December 10, 2007, Plaintiff, James C. Ho ("Plaintiff") will file Plaintiff's Memorandum In Opposition To Defendant's Motion To Stay Proceeding Pending Reassignment As Related To Another Case Or, In The Alternative, To Dismiss Plaintiff's Complaint For Failure To Comply With Fed. R. Civ. P. 8 Or Strike The Extraneous Portions Of The Complaint, and plaintiff's verified motion for remand pursuant to 28 U.S.C. § 1447. Since Defendant's Removal was unjust, Plaintiff respectfully requests that plaintiff's verified motion for remand ought to be heard first before Defendant's motion so that the threshold issue of federal court jurisdiction is resolved.

**RESPECTFULLY SUBMMITTED** this 10th day of December, 2007.

_____
JAMES C. HO, pro se

James C. Ho ("Plaintiff")
2136 Briar Hill Drive
Schaumburg, Illinois 60194
(847) 885-1893

## AFFIDAVIT OF SERVICE

UNDER PENALTY OF PERJURY, I hereby certify that a true and correct copy of the foregoing Plaintiff's Memorandum In Opposition To Defendant's Motion was served upon one of Defendant's attorneys:

>Ian H. Morrison
>SEYFARTH SHAW LLP
>131 S. Dearborn St., Ste. 2400
>Chicago, Illinois 60603-5577
>(312) 460-5000

by having the same sent via **overnight mail** this 10th day of December, 2007.

*/s/ James Ho*
JAMES C. HO, pro se

SWORN TO and subscribed before me on this 10 day of December 2007.

*/s/ Janai Scott*
Notary Public
My commission expires:

"OFFICIAL SEAL"
Janai Scott
Notary Public, State of Illinois
My Commission Exp. 05/06/2008