IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. HO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6743 |
| ) | |
| MOTOROLA, INC., ) | Judge Moran |
| ) | |
| Defendant. ) | Magistrate Judge Ashman |
| ) | |

FILED
DEC 1 0 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF VERIFIED MOTION FOR REMAND

TO: Ian H. Morrison
SEYFARTH SHAW LLP
131 S. Dearborn St., Ste. 2400
Chicago, Illinois 60603-5577
(312) 460-5000

PLEASE TAKE NOTICE that on Monday, December 10, 2007, Plaintiff, James C. Ho ("Plaintiff") will file Plaintiff's Verified Motion For Remand pursuant to 28 U.S.C. § 1447. Since Defendant's Notice Of Removal was unjust, Plaintiff respectfully requests that Plaintiff's Verified Motion For Remand ought to be heard first before Defendant's motion so that the threshold issue of federal court jurisdiction is resolved.

**RESPECTFULLY SUBMMITTED** this 10th day of December, 2007.

_____
JAMES C. HO, pro se

James C. Ho ("Plaintiff")
2136 Briar Hill Drive
Schaumburg, Illinois 60194
(847) 885-1893

## AFFIDAVIT OF SERVICE

UNDER PENALTY OF PERJURY, I hereby certify that a true and correct copy of the foregoing Notice of Verified Motion for Remand was served upon one of Defendant's attorneys:

>Ian H. Morrison
>SEYFARTH SHAW LLP
>131 S. Dearborn St., Ste. 2400
>Chicago, Illinois 60603-5577
>(312) 460-5000

by having the same sent via **overnight mail** this 10th day of December, 2007.

*James*
JAMES C. HO, pro se

SWORN TO and subscribed before me on this __10__ day of __December__ 2007.

*Janai Scott*
Notary Public
My commission expires:

"OFFICIAL SEAL"
Janai Scott
Notary Public, State of Illinois
My Commission Exp. 05/06/2008