

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: James C. Ho
(Please print)

STREET ADDRESS: 2136 Briar Hill Drive

CITY/STATE/ZIP: Schaumburg, IL 60194

PHONE NUMBER: (847) 885-1893

CASE NUMBER: 07 C 6743

**FILED**
J.N
DEC 1 0 2007
DEC 10, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

_James_ Signature

12-10-2007 Date