# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

James C Ho

                Plaintiff,

v.

Motorola, Inc.

                Defendant.

Case No.: 1:07−cv−06743
Honorable James B. Moran

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2007:

      MINUTE entry before Judge James B. Moran :Motion hearing held on 12/12/2007 regarding motion to remand[8]. Defendant's response to plaintiff's verified motion to remand to State Court to be filed by 1/9/2008 [8]. Plaintiff's reply in support of motion to remand [8] to be filed by 1/23/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.