IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. HO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07 C 6743 |
| | ) |
| MOTOROLA, INC., | ) Judge Moran |
| | ) |
| Defendant. | ) Magistrate Judge Ashman |
| | ) |
| | ) |

## DEFENDANT'S NOTIFICATION OF AFFILIATES

Defendant, MOTOROLA, INC. ("Motorola"), by and through its attorneys, and pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, states as follows for its Notification of Affiliates:

1. Motorola has no parent corporation.

2. Investment advisor Dodge & Cox is the only entity that owns five percent or more of Motorola's stock.

**DATED: January 8, 2008**           Respectfully submitted,

MOTOROLA, INC.


By_____s/Ada W. Dolph_____
         One of Its Attorneys

Ian H. Morrison
Ada W. Dolph
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

## **CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that on this 8th day of January, 2008, a true and correct copy of the foregoing DEFENDANT'S NOTIFICATION OF AFFILIATES was served on the following by U.S. Mail, postage prepaid:

    James C. Ho
    2136 Briar Hill Drive
    Schaumburg, Illinois 60194
    (847) 885-1893

            s/Ada Dolph
            Ada W. Dolph