IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. HO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 6743 |
| ) | |
| MOTOROLA, INC., ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION AND ORDER

Plaintiff was a Motorola employee and a participant in its disability and other benefit plans. In 2007, he sued defendant in state court, claiming common law claims for breach of contract and fraud. Those claims apparently relate to a settlement agreement entered into in 2001, which pertains to plaintiff's disability benefits. Plaintiff moves to remand, contending that his claims are not ERISA claims but are for fraudulent inducement and misrepresentation relating to the settlement agreement.

Pre-emption cannot be so easily avoided. Back in 2001 plaintiff's rights flowed from the ERISA plan. Perhaps the settlement agreement did not affect those rights to the extent defendant indicates, but the then rights and how they were affected by the settlement agreement must still be determined -- and that is the stuff of ERISA. The motion to remand is denied.

Defendant moves to stay, pending ruling on a related case motion before Magistrate Judge Cox. We do not know what ruling there has been on the motion before her, if any, but that is up to her, and in the meantime this case should go forward, although we may wish to consider defendant's Rule 8 motion

_____
JAMES B. MORAN
Senior Judge, U. S. District Court

March 20, 2008.