# NOTICE OF APPEAL TO A COURT OF APPEALS FROM AN ORDER OF A DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

File Number _____

| | |
|---|---|
| JAMES C. HO, ) | |
| ) | |
| Plaintiff-Appellant, ) | |
| ) | |
| v. ) | Case No. 07 C 6743 |
| ) | |
| MOTOROLA, INC., ) | Judge Moran |
| ) | |
| Defendant-Appellee. ) | |
| ) | |

*PAID*
RECEIPT # 4624002034
APR - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**
APR - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Appellant, JAMES C. HO ("Plaintiff-Appellant"), in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit the Memorandum Opinion And Order: "Plaintiff's verified motion to remand is denied." entered in this action on the 20th day of March, 2008.

Respectfully submitted,

_James Ho_
JAMES C. HO, pro se

Dated: 4-1-08

James C. Ho ("Plaintiff-Appellant")
2136 Briar Hill Drive
Schaumburg, Illinois 60194
(847) 885-1893

## APPELLANT

Appellant: James C. Ho, Plaintiff
Address: 2136 Briar Hill Drive, Schaumburg, Illinois 60194
Phone: (847) 885-1893

## APPELLEE

Appellee: Motorola, Inc, Defendant
one of Defendant's attorneys:
> Ian H. Morrison
> SEYFARTH SHAW LLP
> 131 S. Dearborn St., Ste. 2400
> Chicago, Illinois 60603-5577
> (312) 460-5000