## NOTICE OF APPEAL TO A COURT OF APPEALS FROM AN ORDER OF A DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

File Number _____

| | |
|---|---|
| JAMES C. HO, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| v. | ) Case No. 07 C 6743 |
| | ) |
| MOTOROLA, INC., | ) Judge Moran |
| | ) |
| Defendant-Appellee. | ) |
| | ) |

PAID
RECEIPT # 4624000054
APR -1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
APR - 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff-Appellant, JAMES C. HO ("Plaintiff-Appellant"), in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit the Memorandum Opinion And Order: "Plaintiff's verified motion to remand is denied." entered in this action on the 20th day of March, 2008.

Respectfully submitted,

_James Ho_
JAMES C. HO, pro se

Dated: 4-1-08

James C. Ho ("Plaintiff-Appellant")
2136 Briar Hill Drive
Schaumburg, Illinois 60194
(847) 885-1893

## APPELLANT

Appellant: James C. Ho, Plaintiff
Address: 2136 Briar Hill Drive, Schaumburg, Illinois 60194
Phone: (847) 885-1893


## APPELLEE

Appellee: Motorola, Inc, Defendant
one of Defendant's attorneys:
        Ian H. Morrison
        SEYFARTH SHAW LLP
        131 S. Dearborn St., Ste. 2400
        Chicago, Illinois 60603-5577
        (312) 460-5000

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 07 cv 6743

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Ho/appellant | | Motorola/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | James C. Ho | Name | Ian H. Morrison |
| Firm | pro-se | Firm | Seyfarth Shaw |
| Address | 2136 Briar Hill Dr. Schaumburg, Il. 60194 | Address | 131 S. Dearborn Suite 2400 Chgo, IL. 60603-5577 |
| Phone | | Phone | 312) 460-7000 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Moran | Date Filed in District Court | 11/30/07 |
| Court Reporter | J. Snyder   X-5639 | Date of Judgment | 3/25/08 |
| Nature of Suit Code | 791 | Date of Notice of Appeal | 4/1/08 |

COUNSEL:    Appointed [ ]    Retained [ ]    Pro Se [X]

FEE STATUS:    Paid [X]    Due [ ]    IFP [ ]
                IFP Pending [ ]    U.S. [ ]    Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?    Yes [ ]    No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]    Denied [ ]    Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**




Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6743 | **DATE** | 3/20/2008 |
| **CASE TITLE** | JAMES C. HO vs. MOTOROLA, INC. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Plaintiff's verified motion to remand [8] is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. HO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07 C 6743 |
| | ) |
| MOTOROLA, INC., | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff was a Motorola employee and a participant in its disability and other benefit plans. In 2007, he sued defendant in state court, claiming common law claims for breach of contract and fraud. Those claims apparently relate to a settlement agreement entered into in 2001, which pertains to plaintiff's disability benefits. Plaintiff moves to remand, contending that his claims are not ERISA claims but are for fraudulent inducement and misrepresentation relating to the settlement agreement.

Pre-emption cannot be so easily avoided. Back in 2001 plaintiff's rights flowed from the ERISA plan. Perhaps the settlement agreement did not affect those rights to the extent defendant indicates, but the then rights and how they were affected by the settlement agreement must still be determined -- and that is the stuff of ERISA. The motion to remand is denied.

Defendant moves to stay, pending ruling on a related case motion before Magistrate Judge Cox. We do not know what ruling there has been on the motion before her, if any, but that is up to her, and in the meantime this case should go forward, although we may wish to consider defendant's Rule 8 motion

_____
JAMES B. MORAN
Senior Judge, U. S. District Court

March 20, 2008.

APPEAL, ASHMAN

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:07-cv-06743
### Internal Use Only

Ho v. Motorola, Inc.  
Assigned to: Honorable James B. Moran  
Demand: $3,000,000  
Case in other court: Circuit Court of Cook County, 2007 L 012185  
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 11/30/2007  
Jury Demand: Both  
Nature of Suit: 791 Labor: E.R.I.S.A.  
Jurisdiction: Federal Question

**Plaintiff**

**James C Ho**     represented by **James C Ho**  
2136 Briar Hill Drive  
Schaumburg, IL 60194  
(847) 885-1893  
PRO SE

V.

**Defendant**

**Motorola, Inc.**     represented by **Ian H. Morrison**  
Seyfarth Shaw LLP  
131 South Dearborn Street  
Suite 2400  
Chicago, IL 60603-5577  
(312) 460-5000  
Fax: (312) 460-7000  
Email: imorrison@seyfarth.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ada W. Dolph**  
Seyfarth Shaw LLP  
131 South Dearborn Street  
Suite 2400  
Chicago, IL 60603-5577  
(312) 460-5000  
Fax: (312) 460-7000  
Email: adolph@seyfarth.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2007 | 1 | NOTICE of Removal from Circuit Court of Cook County with copy of complaint and summons, case number (2007 L 012185) filed by Motorola, Inc. Filing fee $ 350. (Attachments: # 1 Exhibit 1, Part 1; # 2 Exhibit 1, Part 2; # 3 Exhibit 1, Part 3; # 4 Exhibit 1, Part 4). (gmr, ) (Entered: 12/03/2007) |
| 11/30/2007 | 2 | CIVIL Cover Sheet. (gmr, ) (Entered: 12/03/2007) |
| 11/30/2007 | 3 | (Court only) RECEIPT regarding payment of filing fee paid on 11/30/2007 in the amount of $350.00, receipt number 2367255. (gmr, ) (Entered: 12/03/2007) |
| 12/03/2007 |  | MAILED Notice of Removal letter to Pro Se Plaintiff. (gmr, ) (Entered: 12/03/2007) |
| 12/03/2007 | 4 | ATTORNEY Appearance for Defendant Motorola, Inc. by Ian H. Morrison (Morrison, Ian) (Entered: 12/03/2007) |
| 12/03/2007 | 5 | ATTORNEY Appearance for Defendant Motorola, Inc. by Ada W. Dolph (Dolph, Ada) (Entered: 12/03/2007) |
| 12/07/2007 | 6 | MOTION by Defendant Motorola, Inc. to stay *proceedings pending reassignment as related to another case or, in the alternative, to dismiss plaintiff's complaint for failure to comply with Fed. R. Civ. P. 8 or strike the extraneous portions of the complaint* (Dolph, Ada) (Entered: 12/07/2007) |
| 12/07/2007 | 7 | NOTICE of Motion by Ada W. Dolph for presentment of motion to stay, 6 before Honorable James B. Moran on 12/12/2007 at 09:00 AM. (Dolph, Ada) (Entered: 12/07/2007) |
| 12/10/2007 | 8 | VERIFIED MOTION by Plaintiff James C. Ho for remand to State Court (hp, ) (Entered: 12/11/2007) |
| 12/10/2007 | 9 | NOTICE of Motion by James C Ho for presentment of verified motion to remand to state court 8 before Honorable James B. Moran on 12/12/2007 at 9:00 a.m. (hp, ) (Entered: 12/11/2007) |
| 12/10/2007 | 10 | MEMORANDUM by James C Ho in Opposition to Defendant's Motion to Stay Proceedings 6 Pending Reassignment as Related to Another Case or, in the Alternative, to Dismiss Plaintiff's Complaint for Failure to Comply with Fed. R. Civ. P. 8 or Strike the Extraneous Portions of the Complaint (gej, ) (Entered: 12/12/2007) |
| 12/10/2007 | 11 | NOTICE by James C Ho regarding memorandum in opposition to motion, 10 . (gej, ) (Entered: 12/12/2007) |
| 12/10/2007 | 12 | NOTICE by James C Ho regarding Verified Motion for Remand. (gej, ) (Entered: 12/12/2007) |
| 12/10/2007 | 13 | PRO SE Appearance by Plaintiff James C Ho. (gej, ) (Entered: 12/12/2007) |

| | | |
|---|---|---|
| 12/12/2007 | 14 | MINUTE entry before Judge James B. Moran :Motion hearing held on 12/12/2007 regarding motion to remand 8 . Defendant's response to plaintiff's verified motion to remand to State Court to be filed by 1/9/2008 8 . Plaintiff's reply in support of motion to remand 8 to be filed by 1/23/2008. Mailed notice (ldg, ) (Entered: 12/13/2007) |
| 01/08/2008 | 15 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Motorola, Inc. (Dolph, Ada) (Entered: 01/08/2008) |
| 01/09/2008 | 16 | MINUTE entry before Judge James B. Moran : Status hearing is set for 2/21/2008 at 09:15 AM. pursuant to Rule 16 of the F.R.C.P.Mailed notice (ldg, ) (Entered: 01/09/2008) |
| 01/09/2008 | 17 | MEMORANDUM by Motorola, Inc. in Opposition to motion to remand 8 (Attachments: # 1 Exhibit A - Unpublished Cases Cited In Opposition Memorandum)(Dolph, Ada) (Entered: 01/09/2008) |
| 01/24/2008 | 18 | VERIFIED REPLY Memorandum in Opposition to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Remand, and in Support of Plaintiff's verified Motion for Remand to State Court by Plaintiff James C Ho. (gej, ) (Entered: 01/28/2008) |
| 02/21/2008 | 19 | MINUTE entry before Judge James B. Moran :Status hearing held on 2/21/2008. Court will rule on pending motion to remand.Mailed notice (ldg, ) (Entered: 02/21/2008) |
| 03/20/2008 | 20 | MINUTE entry before Judge Honorable James B. Moran:Enter Memorandum Opinion and Order. Plaintiff's verified motion to remand 8 is denied.Mailed notice (gej, ) (Entered: 03/25/2008) |
| 03/20/2008 | 21 | MEMORANDUM Opinion and Order Signed by Judge Honorable James B. Moran on 3/20/2008.(gej, ) (Entered: 03/25/2008) |
| 03/31/2008 | 22 | MINUTE entry before Judge Honorable James B. Moran: Status hearing is set for 4/24/2008 at 09:15 AM. Mailed notice (ldg, ) (Entered: 03/31/2008) |
| 04/01/2008 | 23 | NOTICE of appeal by James C Ho regarding orders 20 , 21 Filing fee $ 455.00. Receipt #4624000034 (dj, ) (Entered: 04/02/2008) |
| 04/02/2008 | 24 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 04/02/2008) |