**FILED**
**APRIL 3, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

**TC**



Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

April 2, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-1796
>
> Caption:
> JAMES C. HO,
> Plaintiff - Appellant
>
> v.
>
> MOTOROLA, INCORPORATED,
> Defendant - Appellee
>
> District Court No: 1:07-cv-06743
> Court Reporter Joseph Snyder
> Clerk/Agency Rep Michael Dobbins
> District Judge James Moran
>
> Date NOA filed: 04/01/2008

If you have any questions regarding this appeal, please call this office.

CC:

Joseph Snyder

CC:

Michael W. Dobbins

form name: **c7_Docket_Notice_short_form**

form ID: **188**