# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



ORDER

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FILED**
APR 15 2008
Apr 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Submitted April 4, 2008
Decided April 11, 2008

Before

Hon. ILANA DIAMOND ROVNER, Circuit Judge

Hon. DIANE P. WOOD, Circuit Judge

Hon. DIANE S. SYKES, Circuit Judge

| No.: 08-8004 | JAMES C. HO, Petitioner<br><br>v.<br><br>MOTOROLA, INCORPORATED, Respondent |
|---|---|

**Originating Case Information:**

District Court No: 1:07-cv-06743
Northern District of Illinois, Eastern Division
District Judge James Moran

Upon consideration of the **VERIFIED PETITION FOR PERMISSION TO APPEAL UNDER 28 U.S.C. § 1292(B)**, filed on April 4, 2008, by the pro se appellant,

**IT IS ORDERED** that the appeal is **DISMISSED** for lack of jurisdiction because the district court has not certified in writing that its order dated March 20, 2008 is appropriate for immediate interlocutory review. *See* 28 U.S.C. § 1292(b).

form name: c7_Order_3j

form ID: 177