

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**                                                                 312-435-5670

April 28, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Ho -v- Motorola

U.S.D.C. DOCKET NO. : 07 cv 6743

U.S.C.A. DOCKET NO. : 08 - 1796

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)              *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                               Very truly yours,

                                               Michael W. Dobbins, Clerk

                                               By:_____
                                                  D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Ho -v- Motorola.

USDC NO.    : 07 cv 6743

USCA NO.    : 08 - 1796

        IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 28th day of Apr. 2008.

        MICHAEL W. DOBBINS, CLERK

        By: _____
        D. Jordan, Deputy Clerk

APPEAL, ASHMAN

## United States District Court
### Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06743
### Internal Use Only

Ho v. Motorola, Inc.  
Assigned to: Honorable James B. Moran  
Demand: $3,000,000  
Case in other court: 08-01796  
                Circuit Court of Cook County, 2007 L 012185  
Cause: 29:1001 E.R.I.S.A.: Employee Retirement

Date Filed: 11/30/2007  
Jury Demand: Both  
Nature of Suit: 791 Labor: E.R.I.S.A.  
Jurisdiction: Federal Question

**Plaintiff**

**James C Ho**      represented by **James C Ho**  
2136 Briar Hill Drive  
Schaumburg, IL 60194  
(847) 885-1893  
PRO SE

V.

**Defendant**

**Motorola, Inc.**      represented by **Ian H. Morrison**  
Seyfarth Shaw LLP  
131 South Dearborn Street  
Suite 2400  
Chicago, IL 60603-5577  
(312) 460-5000  
Fax: (312) 460-7000  
Email: imorrison@seyfarth.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ada W. Dolph**  
Seyfarth Shaw LLP  
131 South Dearborn Street  
Suite 2400  
Chicago, IL 60603-5577  
(312) 460-5000  
Fax: (312) 460-7000  
Email: adolph@seyfarth.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2007 | 1 | NOTICE of Removal from Circuit Court of Cook County with copy of complaint and summons, case number (2007 L 012185) filed by Motorola, Inc. Filing fee $ 350. (Attachments: # 1 Exhibit 1, Part 1; # 2 Exhibit 1, Part 2; # 3 Exhibit 1, Part 3; # 4 Exhibit 1, Part 4). (gmr, ) (Entered: 12/03/2007) |
| 11/30/2007 | 2 | CIVIL Cover Sheet. (gmr, ) (Entered: 12/03/2007) |
| 11/30/2007 | 3 | (Court only) RECEIPT regarding payment of filing fee paid on 11/30/2007 in the amount of $350.00, receipt number 2367255. (gmr, ) (Entered: 12/03/2007) |
| 12/03/2007 |  | MAILED Notice of Removal letter to Pro Se Plaintiff. (gmr, ) (Entered: 12/03/2007) |
| 12/03/2007 | 4 | ATTORNEY Appearance for Defendant Motorola, Inc. by Ian H. Morrison (Morrison, Ian) (Entered: 12/03/2007) |
| 12/03/2007 | 5 | ATTORNEY Appearance for Defendant Motorola, Inc. by Ada W. Dolph (Dolph, Ada) (Entered: 12/03/2007) |
| 12/07/2007 | 6 | MOTION by Defendant Motorola, Inc. to stay *proceedings pending reassignment as related to another case or, in the alternative, to dismiss plaintiff's complaint for failure to comply with Fed. R. Civ. P. 8 or strike the extraneous portions of the complaint* (Dolph, Ada) (Entered: 12/07/2007) |
| 12/07/2007 | 7 | NOTICE of Motion by Ada W. Dolph for presentment of motion to stay, 6 before Honorable James B. Moran on 12/12/2007 at 09:00 AM. (Dolph, Ada) (Entered: 12/07/2007) |
| 12/10/2007 | 8 | VERIFIED MOTION by Plaintiff James C. Ho for remand to State Court (hp, ) (Entered: 12/11/2007) |
| 12/10/2007 | 9 | NOTICE of Motion by James C Ho for presentment of verified motion to remand to state court 8 before Honorable James B. Moran on 12/12/2007 at 9:00 a.m. (hp, ) (Entered: 12/11/2007) |
| 12/10/2007 | 10 | MEMORANDUM by James C Ho in Opposition to Defendant's Motion to Stay Proceedings 6 Pending Reassignment as Related to Another Case or, in the Alternative, to Dismiss Plaintiff's Complaint for Failure to Comply with Fed. R. Civ. P. 8 or Strike the Extraneous Portions of the Complaint (gej, ) (Entered: 12/12/2007) |
| 12/10/2007 | 11 | NOTICE by James C Ho regarding memorandum in opposition to motion, 10 . (gej, ) (Entered: 12/12/2007) |
| 12/10/2007 | 12 | NOTICE by James C Ho regarding Verified Motion for Remand. (gej, ) (Entered: 12/12/2007) |
| 12/10/2007 | 13 | PRO SE Appearance by Plaintiff James C Ho. (gej, ) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 12/12/2007) |
| 12/12/2007 | 14 | MINUTE entry before Judge James B. Moran :Motion hearing held on 12/12/2007 regarding motion to remand 8 . Defendant's response to plaintiff's verified motion to remand to State Court to be filed by 1/9/2008 8 . Plaintiff's reply in support of motion to remand 8 to be filed by 1/23/2008. Mailed notice (ldg, ) (Entered: 12/13/2007) |
| 01/08/2008 | 15 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 by Motorola, Inc. (Dolph, Ada) (Entered: 01/08/2008) |
| 01/09/2008 | 16 | MINUTE entry before Judge James B. Moran : Status hearing is set for 2/21/2008 at 09:15 AM. pursuant to Rule 16 of the F.R.C.P.Mailed notice (ldg, ) (Entered: 01/09/2008) |
| 01/09/2008 | 17 | MEMORANDUM by Motorola, Inc. in Opposition to motion to remand 8 (Attachments: # 1 Exhibit A - Unpublished Cases Cited In Opposition Memorandum)(Dolph, Ada) (Entered: 01/09/2008) |
| 01/24/2008 | 18 | VERIFIED REPLY Memorandum in Opposition to Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Remand, and in Support of Plaintiff's verified Motion for Remand to State Court by Plaintiff James C Ho. (gej, ) (Entered: 01/28/2008) |
| 02/21/2008 | 19 | MINUTE entry before Judge James B. Moran :Status hearing held on 2/21/2008. Court will rule on pending motion to remand.Mailed notice (ldg, ) (Entered: 02/21/2008) |
| 03/20/2008 | 20 | MINUTE entry before Judge Honorable James B. Moran:Enter Memorandum Opinion and Order. Plaintiff's verified motion to remand 8 is denied.Mailed notice (gej, ) (Entered: 03/25/2008) |
| 03/20/2008 | 21 | MEMORANDUM Opinion and Order Signed by Judge Honorable James B. Moran on 3/20/2008.(gej, ) (Entered: 03/25/2008) |
| 03/31/2008 | 22 | MINUTE entry before Judge Honorable James B. Moran: Status hearing is set for 4/24/2008 at 09:15 AM. Mailed notice (ldg, ) (Entered: 03/31/2008) |
| 04/01/2008 | 23 | NOTICE of appeal by James C Ho regarding orders 20 , 21 Filing fee $ 455.00. Receipt #4624000034 (dj, ) (Entered: 04/02/2008) |
| 04/02/2008 | 24 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 04/02/2008) |
| 04/02/2008 | 25 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 23 . Notified counsel (dj, ) (Entered: 04/02/2008) |
| 04/03/2008 | 26 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 23 ; USCA Case No. 08-1796. (gej, ) (Entered: 04/03/2008) |
| 04/14/2008 | 27 | VERIFIED PETITION for Certification Under 28 U.S.C. section 1292(b) by James C Ho;(Attachments). (gej, ) (Entered: 04/16/2008) |

| | | |
|---|---|---|
| 04/14/2008 | 28 | SEVENTH CIRCUIT transcript information sheet. (gej, ) (Entered: 04/16/2008) |
| 04/15/2008 | 29 | COPY of order dated 4/11/20008 from the 7th Circuit regarding notice of appeal 23 ; Appellate case no. : 08-8004. It is ordered that the appeal is dismissed for lack of jurisdiction because the district court has not certified in writing that its order dated 3/20/2008 is appropriate for immediate interlocutory review. See U.S.C. section 1292(b). (gej, ) (Entered: 04/17/2008) |
| 04/24/2008 | 30 | MINUTE entry before Judge Honorable James B. Moran:Status hearing held on 4/24/2008. Defendant's response to plaintiff's verified petition for certification under 28 U.S.C. section 1292(b) to be filed by 5/1/2008. Plaintiff's reply to be filed by 5/12/2008.Mailed notice (ldg, ) (Entered: 04/24/2008) |

```
KEY

All circled items are included in this record.
All crossed out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.
```