# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6743 | DATE | 5/2/2008 |
| CASE TITLE | JAMES HO vs. MOTOROLA, INC. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Defendant's motion to dismiss is granted [6], and plaintiff is granted leave to re-plead his complaint within 30 days.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|