

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. HO, | )  |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 07 C 6743 |
| MOTOROLA, INC., | ) ) Judge Moran |
| Defendant. | ) ) Magistrate Judge Ashman ) |

**NOTICE OF MOTION**

FILED
MAY 1 2 2008
JN
MAY 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: Ian H. Morrison
SEYFARTH SHAW LLP
131 S. Dearborn St., Ste. 2400
Chicago, Illinois 60603-5577
(312) 460-5000

PLEASE TAKE NOTICE that on Tuesday, May 27, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable James B. Moran in the courtroom usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **PLAINTIFF'S VERIFIED MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59(e) OF FED. R. CIV. P. AND CIRCUIT RULE 8, AND MOTION TO STAY PROCEEDINGS DURING PENDENCY OF APPEAL UNDER RULE 60(b) OF FED. R. CIV. P. AND CIRCUIT RULE 8, AND MOTION FOR RECONSIDERATION TO REMAND TO STATE COURT PURSUANT TO §1447(c) OF 28 U.S.C. AND FED. R. CIV. P. 60(b) AND CIRCUIT RULE 57.**

RESPECTFULLY SUBMMITTED this 12th day of May, 2008.

_____
JAMES C. HO, pro se

James C. Ho ("Plaintiff")
2136 Briar Hill Drive
Schaumburg, Illinois 60194
(847) 885-1893

## AFFIDAVIT OF SERVICE

UNDER PENALTY OF PERJURY, I hereby certify that a true and correct copy of the foregoing Notice of Motion was served upon one of Defendant's attorneys:

> Ian H. Morrison
> SEYFARTH SHAW LLP
> 131 S. Dearborn St., Ste. 2400
> Chicago, Illinois 60603-5577
> (312) 460-5000

by having the same sent via **U.S. mail** this 12th day of May, 2008.

_____
JAMES C. HO, pro se

SWORN TO and subscribed before me on this 12th day of May, 2008.

_____
Notary Public
My commission expires: 12-04-2008

"OFFICIAL SEAL"
Richetta Frances Kruzel
Notary Public, State of Illinois
My Commission Exp. 12/04/2008