## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

James C Ho

                    Plaintiff,

v.                                      Case No.: 1:07−cv−06743

                                                    Honorable James B. Moran

Motorola, Inc.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 14, 2008:

      MINUTE entry before Judge Honorable James B. Moran: By agreement of the parties, Defendant's response to plaintiff's motion to alter judgment under Rule 59(e) of the F.R.Civ. Procedure.... [36] to be filed by 6/11/2008. Plaintiff's reply in support of motion to be filed by 6/30/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.