IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. HO, ) | |
| ) | |
| Plaintiff, ) | Case No. 07 C 6743 |
| ) | |
| v. ) | Judge Moran |
| ) | |
| MOTOROLA, INC., ) | Magistrate Judge Ashman |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION THAT THE COURT CERTIFY PLAINTIFF'S REMAINING APPEAL AS FRIVOLOUS AND REISSUE ITS DISMISSAL OF PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH FRCP 8**

Defendant Motorola, Inc. ("Motorola"), by its attorneys, moves that the Court certify Plaintiff's remaining appeal (No. 08-1796) as "frivolous" and reissue its dismissal of Plaintiff's complaint for failure to comply with Fed. R. Civ. P. 8. The grounds for this motion are set forth in the accompanying memorandum of law.

WHEREFORE, Motorola respectfully requests that the Court certify Plaintiff's appeal as frivolous and reissue its dismissal of Plaintiff's complaint.

Respectfully submitted,

MOTOROLA, INC.

By: _____s/Ada Dolph_____
One of Its Attorneys

Ian H. Morrison
Ada W. Dolph
SEYFARTH SHAW LLP
131 South Dearborn
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

June 11, 2008

2

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of *Defendant's Motion That The Court Certify Plaintiff's Remaining Appeal As Frivolous And Reissue Its Dismissal Of Plaintiff's Complaint For Failure To Comply With FRCP 8* was served upon:

>James C. Ho
>2136 Briar Hill Drive
>Schaumburg, Illinois 60194
>(847) 885-1893

by having the same sent via **U.S. Mail** this 11th of June, 2008.

>s/Ada W. Dolph
>Ada W. Dolph

2

CH1 11497886.1