

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 17 2008 TC
Jun 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JAMES C. HO, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 C 6743 |
| MOTOROLA, INC., | ) Judge Moran |
| Defendant. | ) Magistrate Judge Ashman |

**PLAINTIFF'S SECOND VERIFIED MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1447(c)**

At this time when it becomes clear that defendant's notice of removal is incongruous with the intent of Congress and the Supreme Court's rulings with respect to complete preemption of ERISA, plaintiff, JAMES C. HO ("Plaintiff"), pursuant to 28 U.S.C. § 1447(c), hereby respectfully files to the United States District Court for the Northern District of Illinois Eastern Division Plaintiff's Second Verified Motion To Remand For Lack Of Subject Matter Jurisdiction with respect to Case 2007 L 012185, which was commenced in the Law Division of the Circuit Court of Cook County, Illinois.

The grounds for this motion are set forth in the accompanying Plaintiff's Verified Memorandum In Support Of Plaintiff's Second Verified Motion To Remand For Lack Of Subject Matter Jurisdiction Pursuant To 28 U.S.C. § 1447(c).

**WHEREFORE,** plaintiff James C. Ho respectfully requests that Plaintiff's Second Verified Motion To Remand For Lack Of Subject Matter Jurisdiction be granted pursuant to 28 U.S.C. § 1447(c).

                                                            Respectfully submitted,

                                                            */s/ James*

                                                            **JAMES C. HO, pro se**

                                                            Dated: 6-17-08

James C. Ho ("Plaintiff")
2136 Briar Hill Drive
Schaumburg, Illinois 60194
(847) 885-1893

## VERIFICATION

BEFORE ME personally appeared JAMES C. HO Plaintiff who, being by me first duly sworn and identified in accordance with Illinois Law, deposes and says:

1. My name is JAMES C. HO, plaintiff herein.
2. I have read and understood the attached foregoing Plaintiff's Second Verified Motion To Remand filed herein, and each fact alleged therein is true and correct of my own personal knowledge.

FURTHER THE AFFIANT SAYETH NAUGHT.

_____
JAMES C. HO, Affiant

## AFFIDAVIT OF SERVICE

UNDER PENALTY OF PERJURY, I hereby certify that a true and correct copy of the foregoing Plaintiff's Second Verified Motion To Remand was served upon one of Defendant's attorneys:

> Ian H. Morrison
> SEYFARTH SHAW LLP
> 131 S. Dearborn St., Ste. 2400
> Chicago, Illinois 60603-5577
> (312) 460-5000

by having the same sent via **U.S. mail** this 17th day of June, 2008.

_____
JAMES C. HO, pro se

SWORN TO and subscribed before me on this  17  day of  June  2008.

_____
Notary Public
My commission expires:

> OFFICIAL SEAL
> EDWARD JOSEPH KILL
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES 03-10-09