

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. HO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6743 |
| ) | |
| MOTOROLA, INC., ) | Judge Moran |
| ) | |
| Defendant. ) | Magistrate Judge Ashman |
| ) | |

### NOTICE OF MOTION

**FILED**

TO:   Ian H. Morrison
         SEYFARTH SHAW LLP
         131 S. Dearborn St., Ste. 2400
         Chicago, Illinois 60603-5577
         (312) 460-5000

JUN 1 7 2008  T C
Jun 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on Tuesday, June 24, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable James B. Moran in the courtroom usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present **PLAINTIFF'S SECOND VERIFIED MOTION TO REMAND FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. §1447(c).**

RESPECTFULLY SUBMMITTED this 17th day of June, 2008.

_James_
JAMES C. HO, pro se

James C. Ho ("Plaintiff")
2136 Briar Hill Drive
Schaumburg, Illinois 60194
(847) 885-1893

## AFFIDAVIT OF SERVICE

UNDER PENALTY OF PERJURY, I hereby certify that a true and correct copy of the foregoing Notice of Motion was served upon one of Defendant's attorneys:

> Ian H. Morrison
> SEYFARTH SHAW LLP
> 131 S. Dearborn St., Ste. 2400
> Chicago, Illinois 60603-5577
> (312) 460-5000

by having the same sent via U.S. mail this 17th day of June, 2008.

_____
JAMES C. HO, pro se

SWORN TO and subscribed before me on this 17 day of June 2008.

_____
Notary Public
   My commission expires:

> OFFICIAL SEAL
> EDWARD JOSEPH KILL
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES 03-10-09