**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

James C Ho
                  Plaintiff,

v.                                     Case No.: 1:07−cv−06743
                                                        Honorable James B. Moran

Motorola, Inc.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable James B. Moran:Defendant's motion that the Court certify Plaintiff's remaining appeal as frivolous and reissue its dismissal of Plaintiff's complaint for failure to comply with FRCP 8 [41] is moot. Defendant's response to Plaintiff's second verified motion to remand for lack of subject matter jurisdiction pursuant to 28 U.S.C. 1447(c) [44] to be filed by 7/1/2008. Plaintiff's reply in support of his motion to remand [44] to be filed by 7/15/2008. Motion hearing held on 6/17/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.