**CERTIFIED COPY**

# United States Court of Appeals
### For the Seventh Circuit
### Chicago, Illinois 60604

June 13, 2008

**FILED**

JUL 08 2008 TG
Jul 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



*Before*

**Joel M. Flaum,** *Circuit Judge*
**Michael S. Kanne,** *Circuit Judge*
**Ann Claire Williams,** *Circuit Judge*

```
JAMES C. HO,                    ] Appeal from the United
     Plaintiff-Appellant,       ] States District Court for
                                ] the Northern District of
No. 08-1796           v.        ] Illinois, Eastern Division.
                                ]
MOTOROLA, INC.,                 ] No. 07 C 6743
     Defendant-Appellee.        ]
                                ] James B. Moran, Judge.
```

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Fed. R. Civ. P. 58. See *Cleaver v. Elias*, 852 F.2d 266 (7th Cir. 1988).

The district court has not entered a Rule 58 judgment in the present case, and for good reason. Plaintiff-appellant's case remains pending in the district court. This appeal, therefore, is premature.