## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6743 | **DATE** | 7/23/2008 |
| **CASE TITLE** | JAMES HO vs. MOTOROLA, INC. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Plaintiff's verified motion to remand for lack of subject matter jurisdiction pursuant to 28 U.S.C. sect. 1447 c [44] is granted. Case is remanded to Circuit Court of Cook County, Case No. 2007 L012185.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|