IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES C. HO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6743 |
| ) | |
| MOTOROLA, INC., ) | Judge Moran |
| ) | |
| Defendant. ) | Magistrate Judge Ashman |
| ) | |
| ) | |

**NOTICE OF MOTION**

TO:   James C. Ho
      2136 Briar Hill Drive
      Schaumburg, Illinois 60194
      (847) 885-1893

PLEASE TAKE NOTICE that on **Tuesday, August 12, 2008, at 9:00 a.m**., or as soon thereafter as counsel may be heard, we will appear before the Honorable James B. Moran in the courtroom usually occupied by him at the United States District Court for the Northern District of Illinois, Eastern Division, and then and there present *Motion for Reconsideration of the Court's Order Granting Plaintiff's Second Motion for Remand.*

**RESPECTFULLY SUBMITTED** this 31st day of July, 2008.

MOTOROLA, INC.

By   s/Ada W. Dolph
    ────────────────────────
       One of Its Attorneys

Ian H. Morrison
Ada W. Dolph
SEYFARTH SHAW LLP
131 S. Dearborn St., Ste. 2400
Chicago, Illinois 60603-5577
Telephone: (312) 460-5000

2

**CERTIFICATE OF SERVICE**

    I hereby certify that I caused the foregoing **Notice Of Motion** to be served upon the following individual:

> James C. Ho
> 2136 Briar Hill Drive
> Schaumburg, Illinois 60194
> (847) 885-1893

by having the same sent via **Federal Express Overnight Mail** this 31st of July, 2008.

                                              s/Ada Dolph
                                              Ada W. Dolph