UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

James C Ho
                          Plaintiff,

v.                                          Case No.: 1:07−cv−06743
                                                Honorable James B. Moran

Motorola, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable James B. Moran:Court's order dated 8/12/2008 is corrected: Plaintiff's response to defendant's motion for reconsideration of the Court's order granting plaintiff's second motion for remand [[54] to be filed by 8/12/2008. Defendant's reply in support of its motion for reconsideration [54] to be filed by 8/22/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.